UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                          )
                                                )
Brian & Suzanne Tank                            )     CASE NO. 06-40314
                                                )
        Debtor                                  )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Household Mortgage Services, P.O. Box 9068,
      Brandon, FL 33509-0000

    David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $16,000.00 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 100932 on July 3, 2010 to Household Mortgage Services to the address stated above. The Trustee has deposited the funds into the Registry Account due to the fact that the creditor failed to file a Proof of Claim and these funds were accumulated during the pendency of the Chapter 13 for purported mortgage payments.

    To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

    Dated this 12th day of July, 2010.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 12th day of July, 2010 to:

Household Mortgage Services, P.O. Box 9068, Brandon, FL 33509-000
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN
  46601
Brian & Suzanne Tank, 4321 Patuxet Dr., Lafayettte, IN 47909

                    /s/ David A. Rosenthal
                    David A. Rosenthal
                    Chapter 13 Trustee
                    P.O. Box 505
                    Lafayette, IN 47902
                    (765) 742-8248